UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**JOANNE M. CUSHING,**
    Debtor

Chapter 13
Case No. 07-13569-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## ORDER

In accordance with the Memorandum dated December 14, 2007, the Court hereby denies the Motion to Dismiss filed by the United States of America.

By the Court,

*/s/ Joan N. Feeney*

Joan N. Feeney
United States Bankruptcy Judge

Dated: December 14, 2007
cc: Jamie J. Song, Esq., Michael Eramo, Esq., Carolyn Bankowski, Esq., U.S.Trustee